**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elizabeth A. GARDNER, DBA Bethal Aram Ministries and Fredric A. Gardner, DBA Bethal Aram Ministries, Defendants–Appellants.**

**No. 08–15750.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Nov. 1, 2011.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Curtis Clarence Pett, Esquire, Martin M. Shoemaker, Esquire, Andrea R. Tebbets, Esquire, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Elizabeth Gardner, Ph.D., Dewey, AZ, pro se.

Fredric A. Gardner, Dewey, AZ, pro se.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Elizabeth A. Gardner and Fredric A. Gardner, individually and doing business as Bethel Aram Ministries, appeal pro se from the district court's summary judgment enjoining them from promoting, organizing, and selling their corporation sole tax scheme in violation of 26 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provid-

§ 6700. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *United States v. Kapp,* 564 F.3d 1103, 1109 (9th Cir.2009), and we affirm.

The district court did not abuse its discretion in granting injunctive relief because the government proved each element for an injunction under 26 U.S.C. § 7408(a). *See United States v. Estate Pres. Servs.,* 202 F.3d 1093, 1098 (9th Cir. 2000) (setting forth the requirements for injunctive relief under § 7408 for a violation of § 6700). Summary judgment was proper because the Gardners failed to raise a genuine dispute of material fact as to any of the elements. *See Kapp,* 564 F.3d at 1109 (reviewing de novo the determination that there is no genuine dispute of material fact).

The Gardners' remaining contentions are unpersuasive.

**AFFIRMED.**